■ In the Matter of CARLOS S., a Person Alleged to be a Juvenile Delinquent, Appellant. NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES, Respondent. [724 NYS2d 603] —Order, Family Court, New York County (Sheldon Rand, J.), entered on or about April 24, 2000, which denied appellant's motion to hold respondent New York State Office of Children and Family Services (OCFS) in civil contempt of court for disobeying the terms of a dispositional order dated November 12, 1999, unanimously affirmed, without costs.

The dispositional order directed that appellant be placed in the custody of respondent OCFS, with initial placement to be with Pius XII, a non-secure facility. Inasmuch as appellant was placed with Pius XII, his subsequent transfer to a limited secure facility, due to the imminent revocation of Pius XII's license, did not violate the order (Family Ct Act § 353.3 [4]). Moreover, inasmuch as the limited secure facility chosen by OCFS is located relatively close to appellant's home and affords him an opportunity, pending good behavior, to be placed on community supervision sooner than in other OCFS facilities, appellant has not been prejudiced by the transfer. Concur—Nardelli, J. P., Williams, Ellerin, Lerner and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANDRA ROMAN, Appellant. [724 NYS2d 604] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered January 10, 2000, convicting defendant, upon her plea of guilty, of attempted criminal possession of a controlled substance in the third degree, and sentencing her to a term of 6 months concurrent with 5 years probation, unanimously affirmed.

The record establishes a valid waiver of defendant's right to appeal (see, People v Moissett, 76 NY2d 909), and that the waiver encompassed all aspects of the case, including the suppression ruling (see, People v Kemp, 94 NY2d 831). Concur—Nardelli, J. P., Williams, Ellerin, Lerner and Saxe, JJ.